# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY A. BEARD

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5187FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The Court lacks subject matter jurisdiction over this matter as described in the Report and Recommendation; and

Defendant's Motion to Dismiss is **GRANTED**.

   January 4, 2008                                                BRUCE RIFKIN
Date                                                                          Clerk


                                                                       *s/Caroline M. Gonzalez*
                                                                     Deputy Clerk