# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY A. BEARD

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5187FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for an award of costs and attorney's fees [Dkt. #27] is **GRANTED**. Expenses in the amount of $25.77, and attorney's fees in the amount of $5,550.23 are awarded to Plaintiff's counsel, Eitan Kassel Yanich.


September 16, 2008             BRUCE RIFKIN
Date             Clerk

            *s/CM Gonzalez*
            Deputy Clerk