UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY A. BEARD,

                        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

                        Defendant.

NO.  C07-5187 RBL

ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)

This matter comes before the Court on the motion of the Plaintiff for an order awarding attorney's fees pursuant to 42 U.SC. § 406(b).  The Commissioner has filed a response indicating no objection to the request. The Court, having fully considered the pleadings filed in support of the motion, is fully informed and therefore:

**ORDERS** that counsel for the Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $11,845.90 less the EAJA award in the amount of $5,550 for a net judgment amount of $6,295.67.  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $6,295.67, minus any applicable processing fees as allowed by statute.

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The attorney's fee awarded herein is the attorneys fee for federal court work only, and is separate from the attorney's fee for representation in the administrative appeal process.

Done this 20th day of April 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 2