# United States District Court
WESTERN DISTRICT OF WASHINGTON

ANTHONY A. BEARD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5187RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Counsel for the Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $11,845.90 less the EAJA award in the amount of $5,550 for a net judgment amount of $6,295.67. When issuing the 42 U.S.C. §406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance $6,295.67, minus any applicable processing fees as allowed by statute.

The attorney's fee awarded herein is the attorneys fee for federal court work only, and is separate from the attorney's fee for representation in the administrative appeal process.

|  |  |
|---|---|
| April 27, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |